# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN CAMERON,<br><br>            Defendant. | Case No.: 1:21-cr-00690 GMH-1<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: January 8, 2022

                                          Respectfully submitted,

                                          _____
                                          Joseph R. Conte, Bar #366827
                                          Local Counsel for John Cameron
                                          Law Office of J.R. Conte
                                          400 Seventh St., N.W., #206
                                          Washington, D.C. 20004
                                          Phone:202.638.4100
                                          Fax:          202.628.0249
                                          E-mail:    dcgunlaw@gmail.com