**Honorable Thomas F. Hogan**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　PLAINTIFF,<br><br>vs.<br><br>JOHN CAMERON,<br>　　　　　　　　　　　DEFENDANT. | No. 1:22-CR-17 TFH<br><br>NOTICE OF APPEARANCE<br>ON BEHALF OF<br>JOHN CAMERON |

　　　PLEASE TAKE NOTICE that the Angus Lee Law Firm, PLLC, hereby enters its notice of appearance as attorney for the defendant, Mr. John Cameron, in this cause.  Mr. Cameron, hereby enters A plea of **NOT GUILTY** to all charges.

　　　Respectfully submitted this Tuesday, January 18, 2022.

　　　　　　　　　　　ANGUS LEE LAW FIRM, PLLC

　　　　　　　　　　　*S// D. Angus Lee*
　　　　　　　　　　　D. Angus Lee, WSBA# 36473
　　　　　　　　　　　*Pro hac vice*
　　　　　　　　　　　Attorney for John Cameron
　　　　　　　　　　　Angus Lee Law Firm, PLLC
　　　　　　　　　　　9105A NE HWY 99 Suite 200
　　　　　　　　　　　Vancouver, WA 98665
　　　　　　　　　　　Phone: 360.635.6464 Fax: 888.509.8268
　　　　　　　　　　　E-mail: Angus@AngusLeeLaw.com

NOTICE OF APPEARANCE
No. 1:22-CR-17 TFH
Tuesday, January 18, 2022

1

ANGUS LEE LAW FIRM, PLLC
9105A NE HWY 99, STE 200
Vancouver, WA 98665
(P) 360-635-6464 (F) 888-509-8268

## CERTIFICATE OF SERVICE

I certify that on this date I transmitted a copy of the document to which this certificate is affixed to the individual(s) identified below in the manner indicated below:

| | |
|---|---|
| Emily Allen<br>United States of America | ☐ U.S. Mail-postage prepaid<br>☐ Overnight Courier<br>☐ FAX<br>☒ Electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the identified individual. |

DATED this Tuesday, January 18, 2022 at Vancouver, Washington.

*S// D. Angus Lee*
D. Angus Lee

NOTICE OF APPEARANCE
No. 1:22-CR-17 TFH
Tuesday, January 18, 2022

2

ANGUS LEE LAW FIRM, PLLC
9105A NE HWY 99, STE 200
Vancouver, WA 98665
(P) 360-635-6464 (F) 888-509-8268