UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-17 (TFH) |
| v. : | |
| : | |
| JOHN M. CAMERON, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S SENTENCING SUPPLEMENT**

The United States of America respectfully submits this sentencing supplement to complete the record presented to the Court at sentencing. At the sentencing hearing on August 15, 2022, the government presented four screenshots of recent social media posts by the defendant, for the Court's consideration. A screenshot of each of those four posts is included here.



2







        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ *Emily W. Allen*
        EMILY W. ALLEN, Cal. Bar No. 234961
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, DC 20530
        emily.allen@usdoj.gov
        (907) 271-4724