UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>JOHN M. CAMERON,<br><br>              **Defendant.** | Criminal Action No.  22-17 (TFH) |

### ORDER

The Government having no objection and the time for filing an objection by JOHN CAMERON having passed, the Press Coalition's Application for Access to Video Exhibits [ECF No. 38] is hereby **GRANTED.**

It is **ORDERED** that the Government shall make the videos referenced in the application available to the applicants within 72 hours in accordance with the procedure set forth in Standing Order No. 21-28 (May 14, 2021).

It is **FURTHER ORDERED** that the applicants shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

IT IS SO ORDERED.

September 19, 2022

_____
Thomas F. Hogan
United States District Judge

1